UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff(s), v. KYONG JIN AHN, Defendant(s). | CASE NO. CR21-0162-KKE<br><br>ORDER DENYING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |
|---|---|

THIS MATTER comes before the court on Kyong Jin Ahn's motion to modify his conditions of supervised release. Dkt. No. 8. The Court reviewed Mr. Ahn's motion, the responses from the United States and the Probation Office, and the balance of the docket. The Court also heard oral argument on the motion. For the reasons articulated in open court, the Court DENIES the motion.

Dated this 31st day of October, 2023.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE - 1